UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00417 ERW |
| ) | |
| DUBUIS HEALTH SYSTEM, INC., ) | |
| d/b/a/ DUBUIS HOSPITAL, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to File First Amended Complaint and Add Defendants [doc. #9]. The Court held a telephone hearing on this matter on Monday, June 29, 2009. Arguments from counsel for both Parties were heard.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint and Add Defendants [doc. #9] is **GRANTED**.

Dated this 29th Day of June, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE