UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TRACY THOMAS,                           )
                                        )
            Plaintiff,                  )
                                        )
      vs.                               )        Case No. 4:09CV00417 ERW
                                        )
DUBUIS HEALTH SYSTEM, INC.,             )
d/b/a DUBUIS HOSPITAL,                  )
                                        )
            Defendant.                  )

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Dubuis Health System, Inc.'s First

Motion to Compel [doc. #35]. The Court held a hearing on this matter on Monday, November 2,

2009. Arguments from counsel for both Parties were heard. The Court ruled at the hearing that

Plaintiff Tracy Thomas is required to disclose her medical history, criminal history, and income

information. Following the hearing, the Court further examined the issue of whether Defendant is

entitled to discovery related to Plaintiff's employment history. The Court has concluded that

Defendant is entitled to such discovery.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Dubuis Health System, Inc.'s First Motion

to Compel [doc. #35] is **GRANTED**.

Dated this 3rd Day of November, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE